# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

In the Matter of **David Alan Dick,**
A Member of the Bar of the                                              Case No. 1:20-mc-005
United States District Court
For the District of North Dakota

## ORDER TO SHOW CAUSE

The Arizona Supreme Court issued an Order entered on May 27, 2020, suspending the admission of David Alan Dick, for a period of sixty (60) days, effective May 29, 2020 through July 27, 2020. David Alan Dick is a member of the Bar of the United States District Court for the District of North Dakota.

IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(2), that David Alan Dick show cause within thirty (30) days from this date why he should not be suspended from practice before this Court. A personal appearance and formal proceeding may be waived by the filing of an affidavit by David Alan Dick consenting to the suspension of her admission to the Bar of this Court to coincide with the suspension ordered by the Supreme Court of Arizona. A personal appearance and formal proceeding may be waived by the filing of an affidavit by Daivd Alan Dick consenting to the revocation of his admission to the Bar of this Court.

Dated this 24th day of June, 2020.

                                                */s/ Peter D. Welte*
                                                Peter D. Welte, Chief Judge
                                                United States District Court